UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RUSSELL VINCENT MIHALUS,

                                  Plaintiff,

                                                          CIVIL CASE NO. 06-13960

v.

COMMISSIONER OF SOCIAL SECURITY,        HONORABLE PAUL V. GADOLA
                                                               U.S. DISTRICT COURT
                                  Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

Before the Court are Defendant's motion for summary judgment and the Report and Recommendation of the Honorable Donald A. Scheer, United States Magistrate Judge. The Magistrate Judge recommends that this Court grant Defendant Commissioner's motion for summary judgment, and affirm the decision denying disability benefits. The Magistrate Judge served the Report and Recommendation on all parties on July 12, 2007 and notified the parties that any objections must be filed within ten days of service. Accordingly, any objections should have been filed by approximately July 30, 2007. Neither party filed objections to the Report and Recommendation.

The Court's standard of review for a Magistrate Judge's Report and Recommendation depends upon whether a party files objections. If a party does not object to the Report and Recommendation, the Court does not need to conduct a review by any standard. *See Lardie v. Birkett*, 221 F. Supp. 2d 806, 807 (E.D. Mich. 2002) (Gadola, J.). As the Supreme Court observed, "[i]t does not appear that Congress intended to require district court review of a magistrate's factual

or legal conclusions, under a de novo or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Since neither party has filed objections to the Report and Recommendation, the Court need not conduct a review.

**ACCORDINGLY, IT IS HEREBY ORDERED** that the Report and Recommendation [docket entry #12] is **ACCEPTED** and **ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that the Defendant Commissioner's motion for summary judgment [docket entry #11] is **GRANTED**.

**SO ORDERED.**

Dated:     August 28, 2007            s/Paul V. Gadola
        HONORABLE PAUL V. GADOLA
        UNITED STATES DISTRICT JUDGE

---

Certificate of Service

I hereby certify that on   August 28, 2007  , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:
              James A. Brunson             , and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:        Russell Vincent Mihalus          .

        s/Ruth A. Brissaud
        Ruth A. Brissaud, Case Manager
        (810) 341-7845